**DENIED**
BY ORDER OF THE COURT
on January 22, 2019 by Judge David O. Carter

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SALIK RAHMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. SACV 18-01741-DOC-ADS<br><br>**ORDER DENYING EX PARTE APPLICATION STAYING THE ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS [12]** |

1  The Court, having considered Defendant's *Ex Parte* Application for a Stay of the
2  Entire Case Due to the Lapse of Appropriations, and good cause appearing therefor,
3  hereby ORDERS that due to the lapse in appropriations to the Department of Justice
4  ("Department"), the entire case is stayed until Department of Justice attorneys are
5  permitted to resume their usual civil litigation functions.

7  DATED: January 22, 2019

**DENIED**
BY ORDER OF THE COURT

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   */s/ Margaret M. Chen*
MARGARET M. CHEN
Assistant United States Attorney

Attorneys for Defendant

1