KEVIN B. WHEELER
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
Telephone: 949.221.1000
Facsimile: 949.221.1001
Email: kwheeler@bremerwhyte.com

Attorneys for Plaintiff
Salik Rahman

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JULIE ZATZ (Cal. Bar No. 155560)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-7349
Facsimile: (213) 894-7819
E-mail: Julie.Zatz@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SALIK RAHMAN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. SA CV 18-1741-DOC(ADSx)

**STIPULATIED ORDER OF DISMISSAL [23]**

Plaintiff Salik Rahman and Defendant, United States of America, through their undersigned counsel, stipulate that the above-caption action is dismissed with prejudice in its entirety under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own costs, fees, and expenses.

Dated: July 15, 2019

/s/ Kevin B. Wheeler
KEVIN B. WHEELER
Bremer Whyte Brown & O'Meara, LLP
Attorneys for Plaintiff Salik Rahman

Dated: July 15, 2019

NICOLA HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Julie Zatz
JULIE ZATZ
Assistant United States Attorney
Attorneys for Defendant United States of America

SO ORDERED.

Dated: July 15, 2019

David O. Carter

DAVID O. CARTER
U.S. District Judge